UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY WAYNE FIELDS,<br><br>    Petitioner,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>    Respondent. | Case No.  C07-5544RJB<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME |

  This matter is before the court on petitioner's response to the Court Clerk's letter.  Petitioner seeks an extension of time to file a petition for writ of habeas corpus.  After reviewing petitioner's request and the balance of the record, the court finds and orders as follows.

  (l) Petitioner's motion is GRANTED.   The court notes that Petitioner's pleadings raise a concern about access to legal research materials.  The court further notes that little research is necessary to properly fill out the writ of habeas corpus petition, which is fact intensive (merely requiring a petitioner to raise the legal concerns, not argue them, and explain how these issues have been properly exhausted at the state level).  Accordingly,  petitioner's motion for an extension of time is **GRANTED with the condition that a petition, along with the appropriate filing fee ($5.00) or application to proceed *informa pauperis,* must be received by the Court Clerk  no later than December 14, 2007.**

  (2)**The clerk should set the matter for consideration on the court's December  21, 2007 calendar,** and the Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

  DATED this 7th  day of November, 2007.

             */s/ J. Kelley Arnold*
             J. Kelley Arnold
             United States Magistrate Judge