UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY W. FIELDS,<br><br>                Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | Case No. C07-5544RJB<br><br>ORDER |

    This matter is before the court on Petitioner's status report (Doc. 21). Having reviewed the status report, the court finds and orders as follows:

    1. The court finds it would be appropriate to continue to stay this matter a reasonable amount of time to allow Petitioner the opportunity to exhaust his habeas claims in the state court system.

    2. Accordingly, the court directs petitioner to serve and a second status report **by not later than March 3, 2009**, again stating the current status of those matters/cases (including state cause numbers) in which he is pursuing his state remedies. Petitioner shall also serve and file an amended petition within 30 days after either the state court's final decision on his pending Personal Restraint Petition or upon further order by this court.

    DATED this 26th day of August, 2008.

                                        */s/ J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge