# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

LARRY W. FIELDS,

    Petitioner,

    v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C07-5544RJB

ORDER

The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241. This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. After reviewing the record, the court finds and orders as follows:

1. The instant matter has been stayed pending resolution of some state proceedings. However, following the filing of Petitioner's status report on August 21, 2008, the court directed Petitioner to keep the court informed on the progress of those proceedings and to file another status report by not later than March 3, 2009.

2. Petitioner has not filed a status report as directed. To provide Petitioner one last opportunity to inform the court on that status of his unexhausted claims, Petitioner shall submit a

ORDER - 1

status report by no later than April 17, 2009.  If a status report is not received by this date, the court will recommend dismissal of this matter.

    3.  The Court Clerk is directed to send a copy of this Order to petitioner.

DATED this 19th day of March, 2009.

                              */s/ J. Richard Creatura*
                              J. Richard Creatura
                              U.S. Magistrate Judge