# United States District Court

WESTERN DISTRICT OF WASHINGTON

LARRY W FIELDS

v.

STATE OF WASHINGTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5544RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. This action is **DISMISSED WITHOUT PREJUDICE** under Local Rule CR 41(b)(2) for failure to prosecute.


June 5, 2009                                   BRUCE RIFKIN
                                                              Clerk


                                                    /s/ Jennie L. Patton
                                                          Deputy Clerk